United States District Court

Northern District of California

RUBEN MIJEL CHAVIRA,

        Plaintiff,

   v.

D.W. BELL,

        Defendant.

Case No.: 12-03585 CW (PR)

TRANSFER ORDER

Plaintiff, a state prisoner, has filed the above <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated at Kern Valley State Prison, which is located in Kern County in the Eastern District of California. <u>See</u> 28 U.S.C. § 84(b). The acts complained of occurred at Calipatria State Prison, which is located in Imperial Valley in the Southern District of California. 28 U.S.C. § 84(d). Venue, therefore, properly lies in that district and not in this one. <u>See</u> 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California.

The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: 7/17/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE